UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:   Quality Press, Inc.<br><br>Debtor(s)<br><br>Elizabeth R. Loveridge<br><br>Plaintiff(s),<br><br>vs.<br>John L. Nicholes, Nicholes Ranch, Inc., John L. Nicholes Family Trust<br><br>Defendant(s). | Bankruptcy No. 03-23214<br>Chapter 7<br><br><br><br><br><br><br><br>Adv. Proc. No.05-2564 |

TRANSCRIPT/ABSTRACT OF JUDGMENT

I, David A. Sime, Clerk of the United States Bankruptcy Court for the District of Utah, certify that judgment was entered on 01/08/2007. The judgment was entered in favor of the plaintiff, Elizabeth R. Loveridge, and against defendants, John L. Nicholes, Nicholes Ranch, Inc., and John L. Nicholes Family Trust, in the amount of $427,078.68 together with interest at the rate of 5.03%. The judgment has been recorded in Book 1, Page 300.

IN TESTIMONY WHEREOF, I set my hand and affix the seal of the said Court, this 6 day of January, 2009 A.D.,.

David A. Sime
Clerk of Court

_____
Deputy Clerk

**The below described is SIGNED.**

**Dated: January 05, 2007**       *William J. Thurman*
                                 **WILLIAM T. THURMAN**
                                 **U.S. Bankruptcy Judge**



Elizabeth R. Loveridge (6025)
David R. Williams (6686)
David A. Nill (8784)
**WOODBURY & KESLER, P.C.**
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84110-3358
Telephone: (801) 364-1100

Attorneys for Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**QUALITY PRESS, INC.**<br>Tax ID#: 87-0331755<br>Debtor(s). | Bankruptcy No. 03-23214 WTT<br>Chapter 7<br>Trustee Elizabeth R. Loveridge<br>Judge William T. Thurman |
| Elizabeth R. Loveridge, Chapter 7 Trustee,<br><br>Plaintiff,<br>vs.<br><br>JOHN L. NICHOLES, NICHOLES RANCH, INC., a Utah corporation, and JOHN L. NICHOLES FAMILY TRUST, aka NICHOLES FAMILY TRUST,<br>Defendants. | Adversary Proceeding No. 05-2564 |
| **SUMMARY JUDGMENT** ||

Plaintiff Elizabeth R. Loveridge, Chapter 7 trustee ("Trustee") filed a motion for

summary judgment. A hearing on the Trustee's Motion for Summary Judgment was held

Filed: 01/03/07

November 8, 2006 at 11:30 a.m. before the Honorable William T. Thurman, United States Bankruptcy Judge, at the Frank E. Moss United States Courthouse Building, Room 376, 350 South Main Street, Salt Lake City, Utah. David R. Williams appeared on behalf of the Trustee, and Johnathon W. Grimes appeared on behalf of Defendant John Nicholes. The Court decided to grant the motion and made findings of fact and conclusions of law on the record at the hearing. After reviewing the pertinent pleadings contained in the file, hearing arguments of counsel, and being fully apprised of the facts and the controlling provisions of law, and good cause appearing, the Court

**HEREBY ORDERS**

1. That the Trustee's Motion for Summary Judgment is granted.

2. That judgment is hereby entered against John Nicholes and in favor of the Trustee in the sum of $427,078.68 together with interest at the rate of 5.03%.

DATED this ____ day of January, 2007.

**BY THE COURT**

_____
Honorable William T. Thurman
United States Bankruptcy Court Judge

Approved as to Form:

_____
Johnathon W. Grimes
Attorney for John Nicholes

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2006, I caused a true and correct copy of the foregoing **SUMMARY JUDGMENT** to be sent to the following via ECF to the registered users as indicated or otherwise sent via first class U.S. Mail or as otherwise noted:

UNITED STATES TRUSTEE'S OFFICE
Attn: Rayla Meyers (via ECF)
Boston Building, #100
9 Exchange Place
Salt Lake City, UT 84111

Jonathon W. Grimes
4885 South 900 East, #209
Salt Lake City, UT 84117

/s/ Lindsey Boynton

I hereby certify that the annexed and foregoing is a true and complete copy of a document, or an authorized electronic docket entry, on file in the United States Bankruptcy Court for the District of Utah.

No. of Pages 3
DATED: 1-6-09
ATTEST:

Deputy Clerk