Wells Fargo Bank, NA
Levy Processing
P. O. Box 29779
Phoenix, AZ 85038-9779
(480) 724-2000, Opt. 9



## IN THE US DISTRICT COURT
## OF THE STATE OF ARIZONA

**ELIZABETH R LOVERIDGE**

No. *2:09-mc-4*

*Plaintiff / Judgment Creditor*

vs.

ANSWER TO WRIT
OF GARNISHMENT

(Non-Earnings)

**JOHN L NICHOLES, NICHOLES RANCH, INC, JOHN NICHOLES FAMILY TRUST**

*Defendant / Judgment Debtor*

WELLS FARGO BANK, N.A.

Garnishee

Wells Fargo Bank, N.A., for its answer to the writ of garnishment served upon its **PHOENIX BRANCH, FEBRUARY 5th, 2008** is as follows:

I

A search fee having been served, this answer is made in respect to its **MARICOPA COUNTY Offices.**

II

At the time of service of said writ upon it, and at the time of making this answer, Garnishee was not and is not now indebted to the Judgment Debtor, except as follows:

At the time of service, there was at the **MARICOPA COUNTY Offices** of the Garnishee:

**TWO** accounts in the name of **"JOHN L NICHOLES"** with a total balance of **$594.20.**

Pursuant to the provisions of ARS § 33-1126(A)(8), $150.00 for each debtor was withheld by the garnishee.

A total balance of **$444.20 is the amount of indebtedness or money withheld** by the Garnishee pursuant to the writ and instructions from plaintiff's attorney.

III

At the time of service of said writ, and at the time of making this answer, Garnishee did not and does not now have effects of the Judgment Debtor in its possession. The Garnishee knows of no other persons who are indebted to or have effects belonging to the Judgment Debtor in their possession.

IV

Judgment Debtor does not own any stock in Garnishee, and knows of no other persons in whom Judgment Debtor owns stock or other interest.

V

At the time of said writ the Judgment Debtor was not employed by the Garnishee

### VI

**FEBRUARY 9th, 2009** a copy of the Writ and Summons, Notice to Judgment Debtor, Underlying Judgment and Request for Hearing were delivered to the Judgment Debtor by mailing by regular first class mail.

### VII

**FEBRUARY 11th, 2009** a copy of this answer was delivered by mailing by regular first class mail to the Judgment Debtor and the Judgment Creditor or Judgment Creditor's Attorney if applicable, at the following addresses:

Judgment Debtor(s):

*JOHN L NICHOLES*
*PO BOX 9529*
*CHANDLER HEIGHTS AZ 85227-9529*

Judgment Creditor or Creditor's Attorney:

*HOOPES & ADAMS PLC*
*2410 W RAY RD STE 1*
*CHANDLER AZ 85224*

### VIII

The name, address and telephone number of Garnishee

**Wells Fargo Bank, N.A.**
**P.O. Box 29779**
**Phoenix, AZ  85038-9779**
**(480) 724-2000**

WHEREFORE, having fully answered the writ of garnishment served upon it, Garnishee prays the court to enter such order as shall be proper, that the Garnishee be allowed reasonable compensation in the sum of *$100.00* for the preparation of this answer, and that this action not be dismissed until Garnishee is first given notice and an opportunity to be heard on the questions of its reasonable compensation.

**TAMARA M. BENNETT**
**LEGAL PROCESSOR**

Copy of foregoing
Required by A.R.S. 12-1579C,
Mailed this *11th day* of
*FEBRUARY, 2009*

Judgment Debtor(s)

*JOHN L NICHOLES*
*PO BOX 9529*
*CHANDLER HEIGHTS AZ 85227-9529*

Judgment Creditor or Creditor's Attorney:

*HOOPES & ADAMS PLC*
*2410 W RAY RD STE 1*
*CHANDLER AZ 85224*

STATE OF ARIZONA  )
                  )   ss
                  )
County of MARICOPA )

***Tamara M. Bennett,*** being duly sworn, upon oath deposes and says:
That she is an employee of Wells Fargo Bank, N.A. and is authorized to make this affidavit on behalf of Wells Fargo Bank, N.A. the above named Garnishee; that she has read the foregoing answer and knows the contents thereof, and that the same is true in substance and in fact.

***TAMARA M. BENNETT***
***LEGAL PROCESSOR***

SUBSCRIBED AND SWORN TO, before me on this *11th* day of ***FEBRUARY, 2009.***



Notary Public

My Commission Expires